**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sandra Milena Arateco Munoz,<br>Petitioner,<br>v.<br>Pamela Bondi, et al.,<br>Respondents. | No. CV-26-01394-PHX-MTL<br><br>**ORDER** |

Petitioner filed this action challenging her immigration detention. (Doc. 1.) Magistrate Judge Camille D. Bibles issued a Report and Recommendation that Petitioner's Petition be denied as moot. The Court has reviewed the Report and Recommendation in this matter, and the Court will adopt it and deny the petition as detailed therein.

In reviewing an R&R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been filed,

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Doc. 21) is **ACCEPTED**.

**IT IS FURTHER ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** as moot.

**IT IS FINALLY ORDERED** that the Clerk of Court must enter judgment accordingly and terminate this action.

Dated this 25th day of August, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge